# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

CHARLES MALONE,                :

    Plaintiff,             :

vs.                            :   CA 13-0223-C

CAROLYN W. COLVIN,             :
Acting Commissioner of Social Security,
                                                              :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 18th day of July, 2014.

                                           s/WILLIAM E. CASSADY
                                           **UNITED STATES MAGISTRATE JUDGE**